# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2005

Clifford W. Taylor,
Chief Justice

128876

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHLEEN BRANS, and FRED
BRANS, Husband and Wife,
        Plaintiffs-Appellants,

v

SC: 128876
COA: 251934
Livingston CC: 02-019198-NO

JOHN EXTROM, and BARBARA
EXTROM, Husband and Wife,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2005

Clerk